IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LORI COLE )
) No. 3-10-0774
v. )
)
RIVERGATE DERMATOLOGY )
AND SKIN CARE CENTER )

O R D E R

I hereby RECUSE myself in this case.

The Clerk is directed to reassign this case to another Magistrate Judge.[1]

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The case remains assigned to the Honorable John T. Nixon.