IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORI COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. 3:10-cv-0774 |
| | ) Judge Nixon |
| RIVERGATE DERMATOLOGY AND | ) |
| SKIN CARE CENTER, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that the Court should dismiss this case with prejudice, with each party bearing its own discretionary costs and attorneys' fees.

Accordingly, it is ORDERED that that this action be dismissed with prejudice, and that court costs be assessed to Defendant.

_____
JUDGE JOHN T. NIXON

APPROVED FOR ENTRY:


s/ Jeffery S. Frensley
JEFFERY S. FRENSLEY, ESQ. # 17358
211 Third Avenue North
P. O. Box 198288
Nashville, Tennessee 37219-8288
615-256-2111
*Counsel for Plaintiff Lori Cole*


s/ Anne C. Martin
ANNE C. MARTIN, ESQ. # 15536
BONE, MCALLESTER, NORTON PLLC
511 Union Street
Suite 1600
Nashville, Tennessee 37219
(615) 238-6318
*Counsel for Defendant Rivergate Dermatology Center*